```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 11-06291-JJT
Linda M Bowers                                                      Chapter 13
        Debtor                   CERTIFICATE OF NOTICE
```

District/off: 0314-5          User: DDunbar           Page 1 of 1           Date Rcvd: Nov 28, 2016
                              Form ID: pdf010         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 30, 2016.
db             +Linda M Bowers,    1141 Papermill Road,    Bloomsburg, PA 17815-7817
                Geisinger Health System,    Payroll Department,    100 North Academy Avenue,
                  Danville, PA  17822-4962

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 28, 2016 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    M&T Bank ecfmail@mwc-law.com
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lisa M. Doran    on behalf of Debtor Linda M Bowers ldoran@doran-law.net
              Marisa Myers Cohen    on behalf of Creditor    M&T Bank Mcohen@mwc-law.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

# THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
:
**Linda M. Bowers**, : Case No. 5-11-06291-JJT
: Ch. 13
Debtor :

## Order Terminating Wage Attachment

Upon Motion filed by Doran & Doran, P.C. on behalf of the above Debtor requesting that the Wage Attachment to pay Chapter 13 Plan Payments be terminated because the Plan has now been fully paid, it is

ORDERED, that the attachment of wages on behalf of the Debtor, Linda M. Bowers, by employer, Geisinger Health System, is hereby terminated.

The address of the employer is:

>Geisinger Health System
>Payroll Department
>100 North Academy Avenue
>Danville, PA 17822-4962

Dated: November 28, 2016

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(RPR)