```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                              Case No. 11-06291-JJT
Linda M Bowers                                                      Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-5        User: DDunbar              Page 1 of 1           Date Rcvd: Feb 14, 2018
                            Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2018.
cr             +American Property Locators Inc,    c/o Nancy C McMillan,    3855 South Boulevard,    Suite 200,
                Edmond, OK 73013-5499

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2018 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    M&T Bank ecfmail@mwc-law.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lisa M. Doran    on behalf of Debtor 1 Linda M Bowers ldoran@dorananddoran.com
              Marisa Myers Cohen    on behalf of Creditor    M&T Bank Mcohen@mwc-law.com
              Thomas I Puleo    on behalf of Creditor    M&T Bank tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

**LINDA M. BOWERS**

\* Debtor

| | |
|---|---|
| Chapter: | **13** |
| Case Number: | **5-11-bk-06291-JJT** |
| Document No.: | **129** |
| Nature of Proceeding: | **Petition for Unclaimed Funds** |

# ORDER

**IT IS HEREBY ORDERED** that the Petition for Unclaimed Funds (Doc. #129) filed in the above-captioned bankruptcy matter on January 29, 2018, is approved.

By the Court,

_____
John J. Thomas, Bankruptcy Judge (CMP)

Date: February 14, 2018

Case 5:11-bk-06291-JJT    Doc 131    Filed 02/16/18    Entered 02/17/18 00:41:03    Desc
Imaged Certificate of Notice    Page 2 of 2